**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

In re:

Chapter 7 Case
Bankruptcy No. 26-41307

Blake R. Jenkins,
Sydney M. Jenkins,

Debtors.

---

**ORDER**

---

The Trustee herein, having caused to be served upon all creditors and interested parties Notice of Sale, dated June April 17, 2026, pursuant to the Affidavit on file herein; and no objection being filed thereto;

**IT IS HEREBY ORDERED:**

Trustee is authorized to sell the assets listed in Notice of Sale dated June 17, 2026 [Docket No. 16] to the debtors for the sum of $3,458.84.

Dated: *August 19, 2026*

s/ Mychal A. Bruggeman

Mychal A. Bruggeman
United States Bankruptcy Judge